AO-10 (WP)
Rev. 1/2007

AMENDED
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) Keenan, John F. | 2. Court or Organization United States District Court Southern District of New York | 3. Date of Report 6/26/07 nunc pro tunc 5/3/07 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior United States District Judge Southern District of New York | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial   X  Annual  ___ Final | 6. Reporting Period 1/1/06 – 12/31/06 |
| | 5b. ___ Amended Report | |
| 7. Chambers or Office Address Daniel Patrick Moynihan United States Courthouse 500 Pearl Street, Room 1930 New York, New York 10007-1312 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

RECEIVED 2007 JUL -2 A 11:47 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2006 | New York City Pension---Retired New York City Employee | $35,000 |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| | NONE (No reportable non-investment income.) | |
| 1 | 2006 | Archdiocese of New York, Pension as Retired Parochial School Teacher |
| 2 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, John F. | 6/26/07 nunc pro tunc 5/3/07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [x] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [x] 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [x] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Value Codes ... J=$15,000 or less ... K=$15,001-$50,000 ... L=$50,001-$100,000 ... M=$100,001-$250,000 ... N=$250,001-$500,000 ... O=$500,001-$1,000,000 ... P1=$1,000,001-$5,000,000 ... P2=$5,000,001-$25,000,000 ... P3=$25,000,001-$50,000,000 ... P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, John F. | 6/26/07 nunc pro tunc 5/3/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Codes (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Apple Savings Bank | C | Int. | M | T | | | | | |
| 2 Chase Bank (Savings Account) | C | Int. | M | T | | | | | |
| 3 Country Bank | C | Int. | M | T | | | | | |
| 4 Wachovia Bank | C | Int. | L | T | | | | | |
| 5 U.S. Savings Bonds | C | Int. | K | T | Buy | Each Month Payroll Deduction | | | |
| 6 HSBC Bank | C | Int. | L | T | | | | | |
| 7 Ford Motor Common Stock | A | Div. | J | T | | | | | |
| 8 Con Ed Common Stock | A | Div. | J | T | | | | | |
| 9 Citicorp Common Stock (X) | A | Div. | J | T | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Col. B1, D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
(See Col. C1, D3)   N =$250,001-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000   P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal   R =Cost (real estate only)   S =Assessment   T =Cash Market
(See Col. C2)   U =Book Value   V =Other   W =Estimated

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Keenan, John F.

Date of Report

6/26/07 nunc
pro tunc 5/3/07

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatu

Date    6/26/07 nunc
        pro tunc 5/3/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 (WP) Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978.* *(5 U.S.C. app. §§101-111)* |
|---|---|---|

| 1. **Person Reporting** *(Last name, first, middle initial)* Keenan, John F. | 2. **Court or Organization** United States District Court Southern District of New York | 3. **Date of Report** 5/3/07 |
|---|---|---|
| 4. **Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* Senior United States District Judge Southern District of New York | 5a. **Report Type (check appropriate type)** ___ Nomination, Date_____ ___ Initial  x  Annual  ___ Final 5b. ___ Amended Report | 6. **Reporting Period** 1/1/06 – 12/31/06 |
| 7. **Chambers or Office Address** Daniel Patrick Moynihan United States Courthouse 500 Pearl Street, Room 1930 New York, New York 10007-1312 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| x **NONE** (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

RECEIVED 2007 MAY -8 A ?: 28 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| x **NONE** (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| **A.** Filer's Non-Investment Income | | |
| ☐ **NONE** (No reportable non-investment income.) | | |
| 1  2006 | New York City Pension--Retired New York City Employee | $35,000 |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ **NONE** (No reportable non-investment income.) | | |
| 1  2006 | Archdiocese of New York, Pension as Retired Parochial School Teacher | |
| 2 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Keenan, John F. | 5/3/07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [x] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [x] 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [x] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, John F. | 5/3/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Apple Savings Bank | C | Int. | M | T | | | | | |
| 2 Chase Bank (Savings Account) | C | Int. | M | T | | | | | |
| 3 Country Bank | C | Int. | M | T | | | | | |
| 4 Wachovia Bank | C | Int. | L | T | | | | | |
| 5 U.S. Savings Bonds | C | Int. | K | T | Buy | Each Month Payroll Deduction | | | |
| 6 HSBC Bank | C | Int. | L | T | | | | | |
| 7 Ford Motor Common Stock | A | Div. | J | T | | | | | |
| 8 Con Ed Common Stock | A | Div. | J | T | | | | | |
| 9 Citicorp Common Stock | A | Div. | J | T | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes (See Col. C1-D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____        Date _____ 5/3/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544